## Erie-Lackawanna Railroad Company, Appellant, *v.* Pennsylvania Public Utility Commission.

Argued September 18, 1964. *Cody H. Brooks,* with him *Warren, Hill, Henkelman & McMenamin,* for appellant; *William A. Goichman,* Assistant Counsel, with him *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission, appellee.

Order affirmed.